# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: Hassan Dastgah            Case No.
                                                  Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor | (2) Name, telephone number and mailing address, including zip code, of employee, agent, or department contract, of creditor familiar with the claim who may be contacted. | (3) Nature of claim, (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim contingent, unliquidated, disputed or subject to set-off | (5) Amount of Claim |
|---|---|---|---|---|
| Law Offices of M. Stone | 3425 S. Bascom Ave # I Campbell, CA 95008 | Legal Services Fees | | 6,056 |
| Advanta Credit Cards for Small Business | PO Box 8088 Philadelphia, PA 19101-8088 | Credit card debt | disputed | $13,871 |
| Bank of America | PO Box 851001 Dallas, TX 75285-1001 | Credit Card Debt | disputed | $11,272 |
| State Board of Equalization | Special Operations Branch; MIC: 55 PO Box 942879 Sacramento, CA 94279-0055 | Sales Taxes | | $2,500 |

| | | | | |
|---|---|---|---|---|
| US Airways | Card services<br>PO Box 13337<br>Philadelphia, PA<br>19101-3337 | Credit Card Debt | disputed | $8,810 |
| Chase | PO Box 94014<br>Palantine, IL<br>60094-4014 | Credit Card Debts | | $8,096 |
| Target National Bank<br>c/o Weinstein & Riley | Weinstein & Riley Ps<br>2001 Western Ave, # 400<br>Seattle, WA 98121 | Credit Card Debt | disputed | $69 |
| OPHRYS<br>c/o Weinstein & Riley | Weinstein & Riley Ps<br>2001 Western Ave, # 400<br>Seattle, WA 98121 | Debt Collection on Credit Card Debt | disputed | $8,121 |
| Asset Acceptance LLC | PO Box 2036<br>Warren, MI 48090 | Debt Collection on Credit Card Debt | disputed | $202 |
| First Electric Bank | Account# 5049 2610 1107 5769<br>PO BOX 760<br>Draper, UT 84020 | Credit Card Debt | | $490.14 |
| Sears Credit Card | Account# 5121 0797 4941 6332<br>PO Box 688957<br>Des Moines, IA 50368-8957 | Credit Card Debt | | $3,253.59 |
| Allied Insurance | P.O. Box 514540<br>Los Angeles, CA 90051-4540 | Insurance Payment | Disputed | $5,225 |

# DECLARATION OF DEBTORS

We declare under penalty of perjury that I have read the foregoing list of 20 largest unsecured creditors and that it is true and correct to the best of my currently available information and belief.

Date _____04/11/012_____     Debtor _____/s/ _ Hassan Dastgah _____
                                                          Hassan Dastgah