# UNITED STATES BANKRUPTCY COURT
## Northern District of California, San Jose Division

In Re:   Dastgah, Hassan    Case No. _____

**Debtor**   (if known)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under

penalty of perjury that the attached Master Mailing List of creditors, consisting of 2 sheet(s) is

complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy

Rules and I/we assume all responsibility for errors and omissions.

04/11/2012   /s/ Oxana Kozlov
Date   **Signature of Attorney**

**/s/ Hassan Dastgah**
**Signature of Debtor**   **Signature of Joint Debtor**

**Signature of Authorized Individual**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California, San Jose Division

In Re:     Dastgah, Hassan     Case No. _____

**Debtor**                                         (if known)

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (only one option may be selected per form):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct.

| 04/11/2012 | /s/ Oxana Kozlov |
|---|---|
| Date | **Signature of Attorney** |

| /s/ Hassan Dastgah | |
|---|---|
| **Signature of Debtor** | **Signature of Joint Debtor** |

Advanta Credit Cards for Small Business
PO Box 8088
Philadelphia, PA 19101-8088

Allied Insurance
P.O. Box 514540
Los Angeles, CA 90051-4540

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090


Bank of America
PO Box 851001
Dallas, TX 75285-1001


Chase
PO Box 94014
Palantine, IL 60094-4014

Chase Home Finance
Attn: OH4-7133
3415 Vision Dr.,
 Columbus, OH 43219


Farzin Azarchehr
Gotfloor.com
2240 De La Cruz Blvd
Santa Clara, CA95050

First Electric Bank
PO BOX 760
Draper, UT 84020


Franchise Tax Board
Special Procedures
P.O. Box 2952
Sacramento, CA 95812

IRS Central Insolvency Operations
PO Box 21126
Philadelphia, PA 19114

Michael Stone
3425 S. Bascom Ave # I
Campbell, CA 95008

OPHRYS
c/o Weinstein & Riley Ps
2001 Western Ave, # 400
Seattle, WA 98121


Sears Credit Card
PO Box 688957
Des Moines, IA 50368-8957

State Board of Equalization
Special Operations Branch; MIC: 55
PO Box 942879
Sacramento, CA 94279-0055

Target NA
c/o Weinstein & Riley Ps
2001 Western Ave, # 400
Seattle, WA 98121


Tax Collector's Office
70 West Hedding Street
East Wing, 6th Floor
San Jose, CA 95110


U.S Bank NA as Trustee (Aurora Bank FSB)
25510 Commercenter Drive #100
Lake Forest, CA 92630

US Airways
Card services
PO Box 13337
Philadelphia, PA 19101-3337

Wisam Altowaiji
17751 Anglin Lane
Tustin, CA 92780