Oxana Kozlov, Esq. (State Bar No. 209210)
Law Offices of Oxana Kozlov
649 Dunholme Way
Sunnyvale, CA 94087

Tel: (408) 431-4543
Fax (650) 887-2135

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

Hassan Dastgah

           Debtor.

Case No. 12-53036

Chapter 11

DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY AFTER ONE PRIOR DISMISSAL WITHIN YEAR OF FILING

Hearing: [No Hearing Requested]

TO THE HONORABLE ARTHUR S. WEISSBRODT, JUDGE OF THE UNITED STATES BANRUPTCY COURT, AFFECTED CREDITORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

COMES NOW Debtor, Hassan Dastgah, through his counsel of record and pursuant to 11 U.S.C. §362(c)(3)(B), requests an order continuing the automatic stay provided under 11 U.S.C. §362(a) with respect to the following creditors: (1) U.S Bank NA as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1 ("U.S. Bank as Trsutee"); (2) U.S. Bank NA as Trustee's attorney-in-fact and servicer Aurora Bank FSB; and (3) JP Morgan Chase Bank.

In support of this motion, Debtor states as follows:

1. This Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334.

2. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

3. Debtor filed the current petition for relief under Chapter 11 on April 23, 2012. Within twelve months prior to said filing date, Debtor had an active Chapter 11 case (case # 09-55611), which was filed on July 12, 2009, with the intent to save the Debtor's income generating business property (the "Burbank Theater Property") from foreclosure. The case was dismissed on September 1, 2011, because the Debtor's first amended disclosure statement was not approved by the Court based on the perceived lack of feasibility.

4. After the previous bankruptcy dismissal, the Debtor has been working on increasing income generated by the Burbank Theater Property and continued to make regular monthly mortgage payments to the lender, U.S Bank NA as Trustee, however, the Debtor's attempts to resolve the issue of the old arrears that accumulated prior to the previous bankruptcy filing in 2009 were not successful and in December 2011 the lender recorded a new Notice of Default. The Notice of Sale was recorded in April 2012 with the trustee's sale date scheduled for May 11, 2012.

5. Debtor respectfully submits that his income generated by the Burbank Theater Property significantly increased since the time the previous bankruptcy case was filed in 2009 (more than ten-fold) and dismissed in September 2011.

Case: 12-53036    Doc# 5    Filed: 04/25/12    Entered: 04/25/12 10:05:28    Page 2 of 3

6. Debtor filed the pending and previous cases in good faith to save the Burbank Theater Property from foreclosure and reorganize the debt. The cases were not filed for purposes of undue delay or creditors' harassment.

7. Furthermore, the Debtor believes that he will be able to restructure the debt on his former residence held by the secured creditor JP Morgan Chase Bank, thus he is seeking an extension of stay with respect to JP Morgan Chase Bank.

8. Due to the substantial change in the Debtor's financial situation he is reasonably confident he can offer a feasible reorganization plan shortly after filing of this bankruptcy petition.

WHEREFORE, DEBTOR, respectfully requests the Court to continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 11 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

Dated: April 23, 2012              /s/ Oxana Kozlov

                                   Oxana Kozlov, attorney for the Debtor