**Entered on Docket**
**May 15, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Oxana Kozlov, Esq. (SBN 209210)
Law Offices of Oxana Kozlov
649 Dunholme Way
Sunnyvale, CA 94087

Tel: (408) 431-4543
(650) 887-2135

Attorney for Debtor

**IT IS SO ORDERED.**
**Signed May 15, 2012**

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Hassan Dastgah<br><br>Debtor. | Case No. 12-53036<br><br>Chapter 11<br><br>ORDER GRANTING DEBTOR'S MOTION TO EXTEND AUTOMATIC STAY<br><br>[No Hearing Requested] |

Case: 12-53036  Doc# 30  Filed: 05/15/12  Entered: 05/15/12 14:56:19  Page 1 of 3
ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtor's motion requesting an order continuing the automatic stay provided under 11 U.S.C. §362(a) as to the following creditors: (1) U.S Bank NA as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, Series 2006-1 ("U.S. Bank as Trsutee"), (2) U.S. Bank NA as Trustee's attorney-in-fact and servicer Aurora Bank FSB, and (3) JP Morgan Chase Bank;

and no objections filed, and it appearing to the Court that sufficient cause appearing thereof, it is hereby:

ORDERED that the Motion is granted, and it is further

ORDERED that the stay under 11 U.S.C. §362(a) as to all creditors is extended for the duration of this Chapter 11 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d).

****END OF ORDER****

-1-

Case: 12-53036    Doc# 30    Filed: 05/15/12    Entered: 05/15/12 14:56:19    Page 2 of 3

ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

| | |
|---|---|
| 1 | Court Service List |
| 2 | |
| 3 | J.P. Morgan Chase Bank, NA |
| 4 | 270 Park Ave.<br>New York, NY 10017 |
| 5 | |
| 6 | Aurora Bank FSB<br>Brandywine Building |
| 7 | 1000 N. West Street Suite 200<br>Wilmington, DE 19801 |
| 8 | Celine Mui Simon on behalf of Creditor U.S. Bank NA |
| 9 | French & Lyon<br>One Sansome Street # 750 |
| 10 | San Francisco, CA 94104 |