| In Re: | Dastgah, Hassan | Case No. | 12-53036 |
|---|---|---|---|
| | **Debtor** | | (if known) |

# AMENDED
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number: <br><br> U.S Bank NA as Trustee (Aurora Bank FSB) <br> 25510 Commercenter Drive #100 <br> Lake Forest, CA 92630 | X | C | 2005, First Loan on Burbank Theater Property and adjacent undeveloped lot, zoned residential <br><br> VALUE $ 2,000,000 | | | | 2,000,000 | 0.00 |
| Account Number: <br><br> Wisam Altowaiji <br> 17751 Anglin Lane <br> Tustin, CA 92780 | X | C | 2007, Second Loan on the Burbank Theater Property <br><br> VALUE $ 2,000,000 | | | | 150,000 | 150,000 |
| Account Number: <br><br> Chase Home Finance <br> Attn: OH4-7133 <br> 3415 Vision Dr., <br> Columbus, OH 43219 | X | C | 2007, First Loan on 22309 Stevens Creek Blvd., Cupertino, CA 95014, single-residence house <br><br> VALUE $ 1,450,000 | | | | 1,630,000 | 230,000 |
| | | | Subtotal (Total of this page) | | | | $3,780,000.00 | $380,000.00 |
| | | | Total (Use only on last page) | | | | | |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

__1__ continuation sheets attached

In Re: _____Dastgah, Hassan_____     Case No. _____12-53036_____
                        **Debtor**                                                  (if known)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred, Nature of Lien, and Description and Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account Number:<br><br>Farzin Azarchehr<br>Gotfloor.com<br>2240 De La Cruz Blvd<br>Santa Clara, CA95050 | X | C | judgement lien recorded in violation of automatic stay during previous ankruptcy in 2009<br><br>VALUE $ 2,000,000 | | | X | 3,000 | 3,000 |
| Account Number:<br><br>Tax Collector's Office<br>70 West Hedding Street<br>East Wing, 6th Floor<br>San Jose, CA 95110 | X | C | Property Tax on Burbank Theater Property (for years 2008, 2009, partially for 2009, 2010 and 2012)<br><br>VALUE $ 1,450,000 | | | | 100,000 | 0.00 |
| Account Number:<br><br>Chase Home Finance<br>Attn: OH4-7133<br>3415 Vision Dr.,<br> Columbus, OH 43219 | X | C | 2008, Second Loan on 22309 Stevens Creek Blvd., Cupertino, CA 95014, single-residence house<br><br>VALUE $ 1,450,000 | | | | 150,000 | 150,000 |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |
| Account Number:<br><br><br>VALUE $ | | | | | | | | |

|  | | Subtotal (Total of this page) | $253,000.00 | $153,000.00 |
|---|---|---|---|---|
|  | | Total (Use only on last page) | $4,033,000.00 | $533,000.00 |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

# DECLARATION CONCERNING DEBTOR(S) SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 8 sheets (total shown on summary page plus 2), and that they are true and correct to the best of my knowledge, information, and belief.

_____05/29/2012_____          **/s/ Hassan Dastgah**
Date                                                    **Signature of Debtor**

_____05/29/2012_____          _____
Date                                                    **Signature of Joint Debtor**

* * * * * *

### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*     11 U.S.C. § 110; 18 U.S.C. § 156.

* * * * * *

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary of schedules, consisting of  sheets (total shown on summary page plus 1), and that the are true and correct to the best of my knowledge, information, and belief.

_____          _____
Date                                                    **Signature of Authorized Individual**

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisionment for up to 5 years or both. 18 U.S.C. § 152 and 3571.