OXANA KOZLOV, Cal. Bar No. 209210
649 Dunholme Way
Sunnyvale, CA 94087
Telephone: 408-431-4543
Facsimile: 650-887-2135

Attorney for the Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Hassan Dastgah<br><br>                Debtors. | Case No. 12-53036<br><br>Chapter 11<br><br>STIPULATION RE PARTIAL AVOIDANCE OF LIEN AND TREATMENT OF CLAIM |

This Stipulation is entered into by and between Hassan Dastgah (hereinafter referred to as "Debtor"), by and through his attorney of record, Oxana Kozlov; and Wisam Altowaiji and Suehair Altowaiji (hereinafter referred to as "Creditor").

RECITALS

A. Debtor is the maker of a Note in favor of Creditor ("Note"), which is secured by a Second Deed of Trust ("Deed of Trust") encumbering the real property at 552-560 S. Bascom Ave, San Jose, CA 95128 (the "Subject Property"). The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan."

B. On or about April 23, 2012, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California and was assigned Case No. 12-53036.

C. On or about June 1, 2012, Creditor filed a proof of claim No. 7 for $183,827.54, in which the Subject Property was valued at $2,800,000.

D. Debtor filed a Motion to Avoid Lien ("Motion") praying that the court find Creditor's Second Deed of Trust encumbering the Subject Property be avoided based on the Subject Property valuation of no more than $2,000,000.

E. Creditor indicated an intent to oppose the Motion and after extensive negotiations the parties agrees to bifurcate the Creditor's claim and treat a portion of it as secured and the remainder of it as general unsecured for purposes of the Debtor's reorganization plan only.

FOR PURPOSES OF THE DEBTOR'S CHAPTER 11 PLAN ONLY THE PARTIES HEREBY STIPULATE AND AGREE TO AN ORDER AS FOLLOWS:

1. Creditor's claim shall be allowed as a secured claim for the amount of $150,000 and as a non-priority general unsecured claim in the amount of $33,827.54. Creditor shall file an amended Proof of Claim listing its claim as partially secured and partially unsecured to be paid in accordance with the Debtor's Plan;

2. Upon completion of her Chapter 11 Plan (and payment of all secured portion of the claim), Creditor shall reconvey its interest in the Deed of Trust to the Debtor;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of the dismissal of the Debtor's Chapter 11 case;

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtor's completion of his Chapter 11 Plan, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale, if any, for the full amount of the Subject Loan balance at the time of the sale; and

6. Each party shall bear their own attorney's costs in connection with this stipulation.

Dated: August 25, 2012                LAW OFFICES OF OXANA KOZLOV

                                      By: /s/ Oxana Kozlov
                                      OXANA KOZLOV
                                      Attorney for the Debtor Hassan Dastgah

Dated: August 26, 2012

                                      By: /s/ Wisam Altowaiji
                                          Wisam Altowaiji

                                      By: /s/ Suehair Altowaiji
                                          Suehair Altowaiji

-2-

STIPULATION RE AVOIDANCE OF LIEN