PATRICIA H. LYON, State Bar No. 126761
CELINE MUI SIMON, State Bar No. 267786
FRENCH & LYON
Attorneys At Law
A Professional Corporation
One Sansome Street, Suite 750
San Francisco, CA  94104
Telephone:  415-597-7800
Facsimile:  415-243-8200
csimon@frenchandlyon.com

Attorneys for Secured Creditor,
U.S. Bank National Association, as
Trustee of the Lehman Brothers Small
Balance Commercial Mortgage Pass-Through
Certificates 2006-1 by Ocwen Loan Servicing,
LLC its Attorney-in-Fact

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

HASSAN DASTGAH,

        Debtor.

Case No.: 12-53036

Chapter 11

**REQUEST FOR JUDICIAL NOTICE**

Hearing:
Date:    October 15, 2012
Time:    2:15 p.m.
Judge:   Hon. Arthur S. Weissbrodt
Place:    Courtroom 3020

    Secured Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF THE LEHMAN BROTHERS SMALL BALANCE COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES 2006-1 BY OCWEN LOAN SERVICING, LLC ITS ATTORNEY-IN-FACT  ("Bank") hereby requests pursuant to Rule 201 of the Federal Rules of Evidence that the Court take judicial notice of the following document, and the contents thereof, copies of which are attached hereto:

-1-

REQUEST FOR JUDICIAL NOTICE
CASE NO. 12-53036

Case: 12-53036    Doc# 56    Filed: 10/08/12    Entered: 10/08/12 17:21:49    Page 1 of 2

1. That certain Voluntary Petition filed by Debtor Hassan Dastgah ("Debtor") and Zohreh Dastgah ("Mrs. Dastgah") under Chapter 11 of the Bankruptcy Code on or about July 12, 2009, Case No. 09-55611 ("First Case"), a true and correct copy of which is attached hereto as Exhibit "A."

2. That certain Schedule D filed by Debtor and Mrs. Dastgah on July 27, 2009 in the First Case, a true and correct copy of which is attached hereto as Exhibit "B."

3. That certain Schedule I filed by Debtor and Mrs. Dastgah on July 27, 2009 in the First Case, a true and correct copy of which is attached hereto as Exhibit "C."

4. That certain Debtors' Disclosure Statement filed in the First Case on March 3, 2011, a true and correct copy of which is attached hereto as Exhibit "D."

5. That certain Order Disapproving Disclosure Statement entered in the First Case on May 16, 2011, a true and correct copy of which is attached hereto as Exhibit "E."

6. That certain Order Dismissing Chapter 11 Case entered in the First Case on September 6, 2011, a true and correct copy of which is attached hereto as Exhibit "F."

7. That certain Proof of Claim No. 9 filed by the Bank on or about August 7, 2012, in the above-referenced case, a true and correct copy of which is attached hereto as Exhibit "G."

Dated: October 8, 2012

FRENCH & LYON
A Professional Corporation

/s/ Celine Mui Simon
By: Celine Mui Simon
Attorneys for Secured Creditor,
U.S. Bank National Association, as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates 2006-1 by Ocwen Loan Servicing, LLC its Attorney-in-Fact