**Entered on Docket**
**December 13, 2012**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**IT IS SO ORDERED.**
Signed December 13, 2012




**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

**HASSAN DASTGAH**,

Debtors.

Case No. 12-53036

Chapter 11

**Court's Comments on Debtor's First Amended Combined Plan and Disclosure Statement and Order for Re-submission**

This matter is before the court for tentative approval of the disclosures in Debtor's first amended combined disclosure statement and plan ("Plan"). Subject to the following comments, the court expects to conditionally approve the disclosures made in the Plan.

**Page 3, Class 1D** – The parties have filed their stipulation regarding US Bank's treatment. If possible, update the information in the chart for class 1D to reflect the stipulated terms.

**Pages 7, Part 4 and Exhibit 5** – The chart that is in Part 4 of the Plan reflects monthly rental income of $16,233.00. Exhibit 5 indicates that the monthly rental income is $17,230.00.

Debtor should determine what number is correct and use it consistently throughout the Plan and exhibits.

**Page 16, Exhibit 2** – One of the charts on page 16 reflects an $815 expense item for Chapter 7 Trustee fees. This appears to be an error because this case was never a Chapter 7 case. This expense item should be eliminated absent further explanation and the percentage distribution under the liquidation analysis will need to be adjusted accordingly..

**Page 17, Exhibit 3** – The Income chart on page 17 reflects gross business income of $4,000.00 per month. The source of that income should be identified. If it is rental income, that figure should be explained in Exhibit 5. If it is income from employment, further information on Debtor's employment, *e.g.*, a description of Debtor's employer, Debtor's title, how long Debtor has held the position and Debtor's prospects for continued employment should be provided. Debtor may be able to add this information by way of footnote or as an additional narrative section in Exhibit 1.

Chart C - reflecting disposable income of $300.00 may be in error. If Debtor has income of $4000.00 and expenses of $3,100.00 then disposable income should be $900.00. Either the income and expenses are incorrect or the disposable income is incorrect.. The charts in Exhibit 3 should be amended to be correct and consistent with each other.

**Page 18, Exhibit 4 –** The feasibility analysis projects cash on hand on the Effective Date of $30,000. The source of that cash should be identified by way of footnote.

**Page 19, Exhibit 5** – As mentioned above, the rental income of $17,230 is inconsistent with the rental income reported in Part 4 of the Plan. Further, the Bascom property is identified as a property with positive monthly cash flow, but the chart reflects zero net monthly income. Which is correct? If there is net income to support a positive monthly cash flow, then the chart should be corrected. The chart related to Total Positive Cash Flow may also have to be adjusted.

Based on the above comments and good cause appearing, IT IS HEREBY ORDERED THAT:

1. By January 7, 2013, Debtor shall file a revised first amended combined plan and disclosure statement addressing the comments and upload a proposed order tentatively approving

2

**COURT COMMENTS & ORDER ON COMBINED PLAN AND DISCLOSURE STATEMENT**
Case: 12-53036    Doc# 66    Filed: 12/13/12    Entered: 12/13/12 16:10:23    Page 2 of 4

the disclosures and fixing deadlines for confirmation. Where the form plan or proposed order calls for Debtor to insert deadlines for balloting and objections and a date for the confirmation hearing, Debtor shall indicate that ballots/objections are due by February 15, 2013 and that the confirmation hearing will be held on February 22, 2013 at 2:15 p.m. The proposed order should further state that Debtor must file a ballot summary and brief in support of confirmation no later than 12:00 p.m. (noon) on February 19, 2013. If counsel prefers a different date for confirmation, counsel should contact the Court's Courtroom Deputy, Brook Esparza, at 408-278-7564 or brook_esparza@canb.uscourts.gov to obtain an alternate hearing date and alternate deadlines.

2. Debtor shall not serve the solicitation packages until and unless the Court enters an order tentatively approving the disclosures and fixing the confirmation deadlines.

3. At the same time that Debtor files the revised combined plan and disclosure statement, Debtor also shall provide chambers with a red-lined copy of the revised first amended plan and disclosure statement reflecting all changes made.

4. Monthly operating reports must be kept current or the disclosures in the revised first amended combined plan and disclosure statement will not be tentatively approved.

IT IS SO ORDERED.

***END OF COMMENTS AND ORDER ***

3

**COURT COMMENTS & ORDER ON COMBINED PLAN AND DISCLOSURE STATEMENT**
Case: 12-53036    Doc# 66    Filed: 12/13/12    Entered: 12/13/12 16:10:23    Page 3 of 4

Case No. 12-53036

**COURT SERVICE LIST**

Oxana Kozlov, Esq.
LAW OFFICES OF OXANA KOZLOV
649 Dunholme Way
Sunnyvale, CA 94087

4

**COURT COMMENTS & ORDER ON COMBINED PLAN AND DISCLOSURE STATEMENT**
Case: 12-53036    Doc# 66    Filed: 12/13/12    Entered: 12/13/12 16:10:23    Page 4 of 4